# WESTERN DISTRICT OF MICHIGAN FEDERAL COURT
## 410 W Michigan Ave Kalamazoo MI 49007
Temp Address  Alonzo Shaffer  2860 S 9th St Apt 3  Kalamazoo MI 49009   —
### Plaintiff
Kalamazoo County Administration **John Curran** Et al, 201 W. Kalamazoo Ave.,Kalamazoo MI 49007 .

### Defendants

Et al, Peoples Grievance Complaint By
Disabled Claimant Representative
For All
Alonzo Shaffer Citizens Of
Kalamazoo County MI

§1983 Suit
Against Municipality Et al.
Of
kalamazoo County
As In
Monell Claim'(s)

1:23-cv-1060
Robert J. Jonker
U.S. District Judge

FILED - KZ
October 6, 2023 3:54 PM

U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_mg_ Scanned by ____ 10/6/23

(**A**).County Administration Is Has Committed Fraudulent Activities Regarding Identity
(**B**).Actions Against Our Kalamazoo County Citizens Most Vulnerable Times Of Need
(**C** )There Must Be Had Been Some Type Of Grant  Asoseated Mis Appropriation Of Funds Et,
(**D**).What Is Kalamazoo County ID Actually Used For
(**E**).Business In Kalamazoo,Actual Fed Government Shunn Don't Accept Kalamazoo County ID
(**F**).Claimant Shaffer Recent Experience County ID Wanton Criminal Defamation Slander Of -
(**G**).Gross Negligence Fraud Impacting Entire Community Of Kalamazoo County
(**H**).People Have Been Targeted Mislead By Individuals Whom Created Fake ID Sign Up
(**I**).**18 U.S.C. § 1028** contains the federal prohibition on the possession, use, production, and transfer of false identification documents and authentication features.
(**J**).Federal fraud law is defined under **18 U.S.C. § 1001** as knowingly and intentionally doing any of the following: Falsifying, concealing, or covering up by any trick, scheme, or device a material fact; Making any materially false, fictitious, or fraudulent statement or representation;
(**K**).How Many Fake ID Have Been Sold
(**L**).How Many Fake Kalamazoo County ID Have Been Given Away
(**M**).Corruption Right Out Kalamazoo Administration 201 W Kalamazoo Ave, Kalamazoo, 49007
(**P**).Matter Needs To Be Prosecuted By Prosecuting Attorney's Office &
(**Q**). Our Western District Of Michigan Federal Court
(**R**).It Will Be Most Ethical Thing To Do
(**S**).Safeguard Citizens Of Kalamazoo Due To Fact

## Plaintiff Motion Our Western District Of Michigan
## In Pursuant With Rule 38. Right to a Jury Trial; Demand

We Are The People

Truly Sincerely                                        Honorable_U.S_Citizen_A.S

Alonzo Shaffer x_____. 10 / 06 / 2023
For Our  People U.S.A