UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALONZO SHAFFER,

    Plaintiff,

v.

    File No. 1:23-cv-1060

    HON. ROBERT J. JONKER

KALAMAZOO COUNTY
ADMINISTRATION, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

On December 27, 2023, the magistrate judge issued a Report and Recommendation recommending this matter be dismissed for plaintiff's failure to allege sufficient factual matter to state a § 1983 claim against defendants. A copy of the Report and Recommendation was mailed to plaintiff at the address listed on his complaint on December 28, 2023. On January 16, 2024, the envelope was returned to the Clerk of the Court with the notation, "Return to Sender. Not Deliverable as Addressed. Unable to Forward."

Plaintiff has failed to advise the Court of his current address and the Court is thus unable to give him notice of further proceedings herein.

Therefore, this case is **DISMISSED** without prejudice for want of prosecution.

    **IT IS SO ORDERED**.

Dated: January 17, 2024          /s/ Robert J. Jonker
                                              ROBERT J. JONKER
                                              UNITED STATES DISTRICT JUDGE